IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                            CV No. 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Stay Discovery Based on Qualified Immunity, Vacate Existing Discovery Deadlines, and Permit Limited Written Discovery Prior to Ruling on the Motion for Qualified Immunity* (the "Motion"), (Doc. 28), filed March 17, 2020. In the Motion, Defendants request the Court stay discovery pending the Court's disposition of their *Motion to Dismiss*. (Doc. 28 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery is stayed in this matter until the presiding judge issues a decision on Defendants' *Motion to Dismiss on the Basis of Qualified Immunity*, (Doc. 21).

**IT IS FURTHER ORDERED** that the parties shall engage in limited written discovery as outlined in their Motion. (Doc. 28 at 3).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE