**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JANE DOE,

    Plaintiff,

v.                                                                                            CV No. 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Stay Discovery Based on Qualified Immunity, Vacate Existing Discovery Deadlines, and Permit Limited Written Discovery Prior to Ruling on the Motion for Qualified Immunity* (the "Motion"), (Doc. 28), filed March 17, 2020, and the Court's *Order Granting Unopposed Motion to Stay Discovery*, (Doc. 29). In the Motion, Defendants request the Court vacate the *Initial Scheduling Order* and Rule 16 Scheduling Conference. (Doc. 28 at 4).

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 18), and the Telephonic Rule 16 Scheduling Conference set for March 17, 2020, are **VACATED**. The Court will enter a new Initial Scheduling Order after the presiding judge rules on Defendants' *Motion to Dismiss on the Basis of Qualified Immunity*, (Doc. 21).

**IT IS SO ORDERED**.

                                                    THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE