IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

        Plaintiff,

v.                                                                                                               CV No. 19-1148 RB/CG

BENNY CHEE, et al.,

        Defendants.

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**THIS MATTER** is before the Court on Plaintiff's *Motion for a Protective Order* (the "Motion"), (Doc. 33), filed May 6, 2020. In the Motion, Plaintiff requests to proceed under the pseudonym "Jane Doe" to protect her identity from public disclosure. (Doc. 33 at 1). The Court, having reviewed Plaintiff's Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may proceed under the pseudonym Jane Doe to protect her identity because of the sensitive nature of this case. In addition, all parties shall redact Plaintiff's name in any exhibits filed with the Court. If Plaintiff's name cannot reasonably be redacted from any document, the parties are directed to file those documents under seal to ensure only case participants may view them.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE