IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

       Plaintiff,

v.                                                      CV No. 19-1148 RB/CG

BENNY CHEE, et al.,

       Defendants.

### ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Protective Order* (the "Motion"), (Doc. 39), filed July 23, 2020. In the Motion, Defendant explains the parties have agreed to exchange several thousand pages of information, with the agreement that Plaintiff maintains the information as confidential. (Doc. 39 at 1-5). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the terms of the parties' *Unopposed Motion for Protective Order*, (Doc. 39), shall govern in this case absent a superseding Order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE