IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                     No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

**ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **May 5, 2021, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE