IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

       Plaintiff,

v.                           No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

       Defendants.

## ORDER GRANTING MOTION TO RESET SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon the parties' *Unopposed Motion to Vacate and Reset Settlement Conference* (the "Motion"), (Doc. 64), filed April 22, 2021. In the Motion, the parties request that the Court reset their upcoming Settlement Conference. The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the previously scheduled Telephonic Pre-Settlement Conference set for Wednesday, May 5, 2021, at 2:00 p.m., is **RESET** for **Wednesday, June 23, 2021, at 11:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that the previously scheduled Settlement Conference set for Wednesday, May 19, 2021, at 2:00 p.m. is **VACATED**. The Court will reset the Settlement Conference by separate order.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE