# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                  No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

## **AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

**THIS MATTER** is before the Court upon the Pre-Settlement Status Conference held June 23, 2021. **IT IS HEREBY ORDERED** that the previously scheduled Zoom Settlement Conference set for **Thursday, July 1, 2021, at 9:00 a.m.,** will be held in person, in the Pecos Courtroom of the Pete V. Domenici United States Courthouse, 333 Lomas N.W., Albuquerque, New Mexico. The adjuster may appear by Zoom.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE