IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                      No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

## ORDER SETTING SECOND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon the initial Settlement Conference held July 1, 2021. **IT IS HEREBY ORDERED** that an additional Settlement Conference will take place on **Friday, August 13, 2021, at 9:00 a.m.,** in the Pecos Courtroom of the Pete V. Domenici United States Courthouse, 333 Lomas N.W., Albuquerque, New Mexico.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE