IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

        Plaintiff,

v.                                                          No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

        Defendants.

### AMENDED ORDER SETTING ZOOM SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon the initial Settlement Conference held July 1, 2021. **IT IS HEREBY ORDERED** that an additional Settlement Conference will take place on **Friday, August 13, 2021, at 9:00 a.m.,** via Zoom.

**IT IS FURTHER ORDERED** that by **Wednesday, August 11, 2021**, each party shall provide to the Court the email addresses and phone numbers for all participants in the settlement conference. This contact information will be used to send the invitation to attend the settlement conference via Zoom. This information may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE