### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                                               No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. The parties settled the case at the settlement conference held on August 13, 2021. (Doc. 72).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **September 17, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE