**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JANE DOE,

      Plaintiff,

v.                                       No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

      Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to File Closing Documents* (the "Motion"), (Doc. 74), filed September 17, 2021. In the Motion, the parties state that counsel "has been working with Plaintiff to develop a structured settlement plan, which has delayed signing of the release and the State of New Mexico's ability to send the settlement check." *Id.* at 1. The parties therefore request an extension of ninety days, until December 16, 2021, to submit closing documents to give the parties enough time to coordinate payment of the settlement funds. *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **December 16, 2021**. If further need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE