**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JANE DOE,

       Plaintiff,

v.                                                                   No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on the Plaintiff's *Motion to Compel Settlement* (the "Motion"), (Doc. 76), filed December 10, 2021. In the Motion, the Plaintiff asks that the Court compel Defendants to "immediately issue the settlement check, award Plaintiff's interest, [and] award Plaintiff's costs and fees associated with bringing this Motion." (Doc. 76 at 2).

**IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Thursday, December 16, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE