IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                                   No. CV 19-1148 RB/CG

BENNY CHEE, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record and after conferring with counsel. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, December 16, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE